IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

HAKIM NASEER,

                Plaintiff,

v.                                                  ORDER

NURSE WEHRLE,                              20-cv-235-jdp

                Defendant.

---

I granted plaintiff Hakim Naseer leave to proceed on an Eighth Amendment medical care claim against defendant Nurse Wehrle after concluding that the claim satisfied the imminent-danger requirement of 28 U.S.C. § 1915(g). I also calculated Naseer's initial partial payment of the filing fee to be $1.25 and I directed him to submit that amount by April 29, 2020.

Naseer has filed a motion for reconsideration of the initial-partial-payment assessment, stating that although he receives monthly income, his account balance has been at zero for years. *See* Dkt. 8. His trust fund account confirms this: any time he receives funds, they are withdrawn for other filing fees he owes. *See* Dkt. 4. I granted a similar motion Naseer brought in the last case he filed, *see* Dkt. 19 in case no. 17-cv-509-jdp, and I'll do the same here because I remain persuaded that he does not have the means to make the initial partial payment of the fee. Naseer will still owe the $350 filing fee, paid in installments by the prison business office using the mechanism described in 28 U.S.C. § 1915.

ORDER

IT IS ORDERED that plaintiff Hakim Naseer's motion for reconsideration, Dkt. 8, is GRANTED. Plaintiff may proceed without any initial partial payment of the filing fee.

Entered May 5, 2020.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge